# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Daniel Ortiz

                        Plaintiff,

v.                                         Case No.: 1:18–cv–02963

                                                 Honorable Charles P. Kocoras

Thomas Dart, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 13, 2018:

      MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to Stipulation of dismissal [15], this matter is dismissed without prejudice with leave to reinstate on or before 9/26/2018. Said dismissal will then become with prejudice without further order of court. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.